ARIEL E. STERN
Nevada Bar No. 8276
Email: ariel.stern@akerman.com
JACOB D. BUNDICK
Nevada Bar No. 9775
Email: jacob.bundick@akerman.com
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone: (702) 634-5000
Facsimile: (702) 380-8572

*Attorneys for Defendants Mortgage Electronic Registration Systems, Inc. and Deutsche Bank National Trust Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARMAN BROOKS,<br><br>           Plaintiff,<br><br>v.<br><br>POWER DEFAULT SERVICES, INC., a Delaware corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, as INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-3; a business entity of form unknown; AMERICAN HOME MORTGAGE INVESTMENT TRUST 2006-3, a Delaware statutory trust; AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware corporation; TD SERVICE COMPANY, a California corporation; AMERICAN BROKERS CONDUIT, a Delaware Limited Liability Company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; DOES 1 through 50,<br><br>           Defendants. | Case No.  2:10-cv-00677-JCM-LRL<br><br>**ORDER OF DISMISSAL** |

This Court has already dismissed all claims against American Home Mortgage Servicing, Inc. and Power Default Services, Inc. *See* Order, Dkt. No. 20.  The Court, having considered the moving papers, its own files, and good cause appearing, finds that Plaintiff Carman Brooks's claims fail

{LV016340;1}                                                           1

1 against Mortgage Electronic Registration Systems, Inc. and Deutsche Bank National Trust Company
2 for the same reasons set forth in its Order at Dkt. No. 20. Accordingly, the Court orders as follows:
3 Mortgage Electronic Registration Systems, Inc. and Deutsche Bank National Trust Company
4 are dismissed from this action.
5 DATED this 18th day of January, 2011.

_____
United States District Judge

**AKERMAN SENTERFITT LLP**
ATTORNEYS AT LAW